**Eric M. Haley**
Chapter 7 Panel Trustee
Post Office Box 13390
Scottsdale, Arizona 85067
(602) 218-5136 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:12-bk-26081-EPB |
| MATTHEW COMBS and JENELLE COMBS, | Chapter 7 |
| Debtor(s). | **TRUSTEE'S OBJECTION TO CLAIM NO. 9** |

COMES NOW <u>ERIC M. HALEY</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to proof of claim number nine in this case as follows:

1) Debtors Matthew and Jenelle Combs caused a Chapter 7 bankruptcy petition to be filed on December 7, 2012 commencing the above-captioned case. The Court appointed Eric M. Haley trustee of that case on or about the same date.

2) The Court set a proof of claims bar date of July 19, 2013 and Real Time Resolutions, Inc. ("Claimant") filed proof of claim number 9 on June 6, 2013 as a general unsecured claim in the amount of $59,236.47.

3) There is no security identified for the claim, but the claim reports in the description field of the ECF Claims Register for the case to stem from a deficiency balance for real property located at 7787 Tompkins Road.

**Trustee objects upon the following grounds:**

4) Claimant's proof of claim, while it contains all salient claim information on the ECF database claims register maintained for this case, lacks any underlying proof of claim form signed under penalty of perjury attesting to Claimant's claim. Nor does it

contain any supporting statement of account or other documentation substantiating the amount claimed.

5) The only document associated with the claim record in the Court's system is a five-page filing with the Secretary of State of the State of Delaware changing the name of "American Home Mortgage Servicing, Inc." to "Homeward Residential, Inc." along with a "Third Amended and Restated Certificate of Incorporation" from the same entities. Nothing in this Bankruptcy Court-filed documentation relates to the claim or case.

**Trustee Recommendations**

6) The Trustee recommends said claim be disallowed.

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before March 9, 2015 fourteen (14) days from mailing , the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection with the Clerk of the Court, 230 N 1st Ave, Ste. 101, Phoenix, AZ 85003 and mails a copy thereof to the trustee at: P.O. BOX 13390, SCOTTSDALE, AZ 85064-4320. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

Dated this 16th day of February, 2015.

By: /s/ Eric M. Haley
    Eric M. Haley,
    Chapter 7 Trustee

Copy of the Foregoing mailed on the 17th Day of February, 2015 to the Claimant:

Real Time Resolutions, Inc.
1349 Empire Central Dr.
Suite 150
PO Box 36655
Dallas, TX 75247

/s/ Eric M. Haley